IN THE MIDDLE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 2:56 P.M
3-15, 2010
_____
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA :
:
v. : Case No.: 1:10-CR-7-WLS
:
JOE NATHAN MORGAN, :
:
Defendant. :

## PLEA

I, __Joe Nathan Morgan__, having been advised of my Constitutional rights, and having had the charges in the above-styled indictment stated to me in open court, hereby enter a plea of __Not Guilty__, this __15TH__ day of __March__, 2010.

_____
JOE NATHAN MORGAN
DEFENDANT

_____
GERALD B. WILLIAMS
ATTORNEY FOR DEFENDANT

_____
LEAH E. McEWEN
ASSISTANT UNITED STATES ATTORNEY